

# Missouri Court of Appeals
## Southern District

## OCTOBER 30, 2014

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1. Case No. SD32749

 Re: STATE OF MISSOURI,
 Plaintiff-Respondent,
 vs.
 TRACY JOSEPH LOCK,
 Defendant-Appellant.